**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Francisco Javier RAMIREZ–TREVINO,**
**Defendant–Appellant.**

**No. 09–40238**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, STEWART, and ELROD, Circuit Judges.

**180**

PER CURIAM: *

The Federal Public Defender appointed to represent Francisco Javier Ramirez–Trevino has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez–Trevino has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.